**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Dale Gardner, on behalf of himself and as personal representative on behalf of deceased Jesse Gardner,

Plaintiff,

v.

Bullhead City, et al.,

Defendants.

No. CV 23-08078 PCT GMS (CDB)

**AMENDED ORDER**

**IT IS ORDERED that** the Order at ECF No. 96 is **amended only as follows**:

Plaintiff shall provide full and complete expert disclosure as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **January 17, 2025**.

Dated this 17th day of September, 2024.

Camille D. Bibles
United States Magistrate Judge